1
2  KENNICK & ASSOCIATES
3  110 E. WILSHIRE AVE., SUITE 401
   FULLERTON, CA 92832
4  TELEPHONE: (714) 992-6600
   FACSIMILE: (714) 992-6602
5  MICHAEL T. KENNICK, CBN 132406
   mkennick@kennicklaw.com
6  JOHN C. ELLIS, CBN 217813
   jellis@kennicklaw.com
7
8  KAREN TYNAN, ATTORNEY AT LAW
   1083 VINE STREET, #201
9  HEALDSBURG, CA 95448
   TELEPHONE: (707) 395-0062
   FACSIMILE: (707 526-1716
10
11 KAREN TYNAN, CBN 217775
   dktynan@comcast.net
12
   Attorneys for Defendants, CYBERNET ENTERTAINMENT, LLC, erroneously sued as
13 KINK.COM; KINK STUDIOS, LLC; CYBERNET ENTERTAINMENT, LLC, erroneously
   sued as KINKMEN.COM; CYBERNET ENTERTAINMENT, LLC; ARMORY STUDIOS,
14 LLC; PETER ACWORTH; and HOGAN KARL aka VAN DARKHOLME
15
                        UNITED STATES DISTRICT COURT
16
                        NORTHERN DISTRICT OF CALIFORNIA
17
   JOHN DOE,                              )  CASE NO.: 15-cv-03377-JCS
18                                        )
                    Plaintiff,            )  STIPULATION AND ~~PROPOSED~~ ORDER TO
19                                        )  REMAND CASE TO SUPERIOR COURT
                                          )
20      vs.                               )
                                          )
21 KINK.COM; KINK STUDIOS, LLC;)
   KINKMEN.COM;        CYBERNET)
22 ENTERTAINMENT,   LLC;   ARMORY)
   STUDIOS, LLC; PETER ACWORTH;)  *Complaint Filed: 4-28-15*
23 HOGAN KARL aka VAN DARKHOLME, and)  *First Amended Complaint Filed: 6-30-15*
   DOES 1 through 50, inclusive,          )
24                                        )
25                  Defendants.           )
                                          )
26 _____)
   **TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**
27
       **PLEASE TAKE NOTICE THAT** all parties, including PLAINTIFF JON DOE and
28
   Defendants, CYBERNET ENTERTAINMENT, LLC, erroneously sued as KINK.COM; KINK

-1-
STIPULATION TO REMAND CASE TO SUPERIOR COURT

1  STUDIOS, LLC; CYBERNET ENTERTAINMENT, LLC, erroneously sued as
2  KINKMEN.COM; CYBERNET ENTERTAINMENT, LLC; ARMORY STUDIOS, LLC;
3  PETER ACWORTH; and HOGAN KARL aka VAN DARKHOLME ("Defendants") herein
4  stipulate to Remand this case to Superior Court, County of San Francisco, case no. CGC-15-
5  545540.

7  IT IS HEREBY STIPULATED.

9
10 DATED: August 14, 2015
                                    By: ___/s/ Michael T. Kennick_____
11                                      Michael T. Kennick, Esq.
                                        KENNICK AND ASSOCIATES
12                                      Attorneys for Defendants, CYBERNET
13                                      ENTERTAINMENT, LLC, erroneously sued as
                                        KINK.COM; KINK STUDIOS, LLC;
14                                      CYBERNET ENTERTAINMENT, LLC,
                                        erroneously sued as KINKMEN.COM;
15                                      CYBERNET ENTERTAINMENT, LLC;
16                                      ARMORY STUDIOS, LLC; PETER ACWORTH;
                                        HOGAN KARL aka VAN DARKHOLM
17

18
                                    By: ___/s/ Sandra Ribera Speed_____
19                                      Sandra Ribera Speed, Esq.
                                        RIBERA LAW FIRM
20                                      Attorneys for Plaintiff,
21                                      JOHN DOE

22
23
24
25 **IT IS HEREBY ORDERED.**

26 Dated  8/14/15                        By: _____
                                            Chief Magistrate Judge Joseph C. Spero
27
28

*(Signature and seal: Judge Joseph C. Spero, United States District Court, Northern District of California)*

-2-
STIPULATION TO REMAND CASE TO SUPERIOR COURT

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 E. Wilshire Ave., Suite 401, Fullerton, California, 92832.

On **8-13-15**, I served the foregoing document described as

**STIPULATION AND PROPOSED ORDER TO REMAND CASE TO SUPERIOR COURT**

on the interested parties in this action:

[X] By placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list;

[X] **VIA U.S. MAIL:** The envelopes were sealed and mailed with postage thereon, fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope was deposited with the United States Postal Service in Fullerton, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

[X] **VIA EMAIL OR ELECTRONIC TRANSMISSION**

[ ] **VIA ELECTRONIC TRANSMISSION [CM/ECF SYSTEM]:** Based on the United States District Court's General Order No. 08-02, I caused the above-referenced documents to be sent to the persons at the e-mail addresses listed on the attached service list by way of the Court's CM/ECF System (Case Management/Electronic Case Filing System). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **VIA LEXISNEXIS FILE & SERVE** (on all parties listed on the service list with LexisNexis in compliance with court's order)

[X] **(FEDERAL):** I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct. Executed on 8-13-15 at Fullerton, California.

/s/ JOHN C. ELLIS
**JOHN C. ELLIS**

## SERVICE LIST

**_Attorneys for PLAINTIFF JOHN DOE_**

Sandra Ribera Speed
RIBERA LAW FIRM
157 West Portal Avenue, Suite 2
San Francisco, CA 94127

Sandra Ribera <sribera@riberalaw.com>

**_Co-Counsel for DEFENDANTS CYBERNET ENTERTAINMENT, LLC, erroneously sued as KINK.COM; KINK STUDIOS, LLC; CYBERNET ENTERTAINMENT, LLC, erroneously sued as KINKMEN.COM; CYBERNET ENTERTAINMENT, LLC; ARMORY STUDIOS, LLC; PETER ACWORTH; HOGAN KARL aka VAN DARKHOLME_**

Karen Tynan, Attorney At Law
1083 Vine Street, #201
Healdsburg, CA 95448

Karen Tynan <dktynan@comcast.net>

STIPULATION TO REMAND CASE TO SUPERIOR COURT